# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **FELIX OCTAVIO SANTOS VELASQUEZ,** | § | |
| | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **WARDEN, IN THEIR OFFICIAL CAPACITY AS WARDEN OF THE ERO CAMP EAST MONTANA DETENTION FACILITY; NIKITA BAKER, IN HER OFFICIAL CAPACITY AS FIELD OFFICE DIRECTOR OF THE ICE BALTIMORE FIELD OFFICE OF ENFORCEMENT AND REMOVAL OPERATIONS, U.S. IMMIGRATIONS AND CUSTOMS ENFORCEMENT; TODD M. LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; AND PAMELA JO BONDI, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES,** | § § § § § § § § § § § § § § § § § § § § § | No.  3:25-CV-00559-LS |
| *Respondents*. | § | |

## <u>ORDER DISMISSING CASE</u>

Upon consideration of Petitioner's Notice of Voluntary Dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

---

[1] ECF No. 7.

**SIGNED** and **ENTERED** on February 18, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**